```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FALLS LAKE NATIONAL INSURANCE COMPANY,

        Plaintiff,

-against-

NY SIGNATURE BUILDERS LLC, PETOSKEY VENTURES LLC, THE BIO FLAME, and CINCINNATI INSURANCE COMPANY and CAITLIN JOHNSTON,

        Defendants.

24 Civ. 4564 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 20, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by August 19, 2024. ECF No. 14. Those submissions are now overdue.

    Accordingly, by **September 16, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 20, 2024
       New York, New York

                                        ANALISA TORRES
                               United States District Judge